Shari Rusk, Bar No. 170313
Attorney at Law
Box 188945
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: CR.S. 13-406 JAM |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) INITIAL APPEARANCE |
| vs. | ) |
| | ) Court:  Hon. Kendall J. Newman |
| | ) Time:   2:00 a.m. |
| | ) Date:   February 10, 2014 |
| Sarah Bastin, | ) |
| | ) |
| Defendant. | |

_____

        IT IS HEREBY STIPULATED by and between the parties hereto through

their respective counsel, JILL THOMAS, Assistant United States

Attorney, undersigned attorney for defendant, Sarah Bastin

that the initial appearance and arraignment on the indictment be

continued from February 7, 2014 to February 10, 2014.

DATED: February 4, 2014                    Respectfully submitted,


                                            /s/ Shari Rusk_____
                                            SHARI RUSK
                                            Attorney for Sarah Bastin



DATED: February 4, 2014                    /s/ Jill Thomas
                                            JILL THOMAS
                                            Assistant U.S. Attorney

-1-

1

**ORDER**

2

3     IT IS SO ORDERED.

4 Dated:  February 4, 2014

5

6 KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28